**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CHARLOTTE MORRIS** | : | **CIVIL ACTION** |
| Plaintiff | : | |
| | : | |
| vs. | : | NO. 11-7675 |
| | : | |
| **BANKERS LIFE &** | : | |
| **CASUALTY COMPANY,** | : | |
| Defendant | : | |

## O R D E R

**AND NOW,** this   23rd   day of February, 2012, upon consideration of the plaintiff's motion to remand (Document #4), the defendant's response thereto (Document #9), and a telephone conference with counsel, IT IS HEREBY ORDERED that the motion is DENIED.

                                                              BY THE COURT:

                                                   /s/ Lawrence F. Stengel
                                                  LAWRENCE F. STENGEL, J